UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCIS MATTHEW HUMMEL, et al.,<br><br>Plaintiffs,<br>v.<br><br>ANTHEM, INC., et al.,<br><br>Defendants. | Case No. 5:15-CV-01027-LHK<br><br>**REFERRAL ORDER (*HUMMEL*)** |

This case, *Hummel v. Anthem, Inc., et al.*, No. 5:15-CV-01027-LHK ("*Hummel*"), was filed on March 4, 2015. ECF No. 1. On April 14, 2015, *Hummel* was reassigned to the Honorable Lucy H. Koh. ECF No. 11. The Court is prepared to relate *Hummel* to *In re Anthem, Inc. Data Breach Litigation*, No. 5:15-MD-02617-LHK ("*Anthem MDL*"), pursuant to Civil L.R. 3-12(c). The parties must file a response in opposition to or in support of relating the case pursuant to Civil L.R. 3-12(e).

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 5:15-CV-01027-LHK
REFERRAL ORDER (*HUMMEL*)

1