

FILED

JUL 09 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-MD-02617-LHK |
| | **ORDER RELATING CASE (*HUMMEL*)** |
| THIS DOCUMENT RELATES TO:<br>*Hummel v. Anthem, Inc., et al.,*<br>No. 5:15-CV-01027-LHK | |

*Hummel v. Anthem, Inc., et al.*, No. 5:15-CV-01027-LHK ("*Hummel*"), was filed on March 4, 2015. ECF No. 1 (in *Hummel* docket). On April 14, 2015, *Hummel* was reassigned to the Honorable Lucy H. Koh. ECF No. 11 (in *Hummel* docket). On July 2, 2015, The Court ordered the parties to respond in opposition or in support of relating *Hummel* to *In re Anthem, Inc. Data Breach Litigation*, No. 5:15-MD-02617-LHK ("*Anthem MDL*"). ECF No. 14 (in *Hummel* docket). On July 2, 2015, Plaintiff filed a response in support of relating *Hummel* to the *Anthem MDL*. ECF No. 14. On July 7, 2015, Defendant filed a response in support of relating *Hummel* to the *Anthem MDL*. ECF No. 17.

Pursuant to this Order, the Court relates *Hummel* to the *Anthem MDL*. All existing deadlines in the *Hummel* case are **VACATED**. The *Hummel* parties are referred to this Court's

United States District Court
Northern District of California

1   Order re Preliminary Case Management Conference.  ECF No. 16.  A copy of this Order and the

2   Order re Preliminary Case Management Conference will be filed in the *Hummel* docket.

3

4   **IT IS SO ORDERED.**

5   Dated:  7/9/2015

6   _____

7   LUCY H. KOH
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 5:15-MD-02617-LHK
ORDER RELATING CASE (*HUMMEL*)

United States District Court
Northern District of California