Robert C. Schubert (No. 62684)
Willem F. Jonckheer (No. 178748)
Noah M. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
nschubert@schubertlawfirm.com

Andy Katz (No. 264941)
**Law Offices of Andy Katz**
2150 Allston Way Ste 400
Berkeley, CA 94704
Ph: 510-985-9050
Fx: 510-900-6070
andykatzlaw@gmail.com

*ATTORNEYS FOR PLAINTIFFS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-cv-01027 |
| | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| *This document relates to* | |
| F. MATTHEW HUMMEL and MARISSA NASCA, individually and on behalf of all others similarly situated, | |
| Plaintiffs | |
| v. | |
| ANTHEM, INC., and BLUE CROSS OF CALIFORNIA d/b/a Anthem Blue Cross, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

## WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs F. Matthew Hummel and Marissa Nasca, by and through their counsel, hereby provide notice of dismissal without prejudice of their claims in *Hummel, et al. v. Anthem, Inc., et al.*, Case No. 5:15-cv-01027 (N.D. Cal). Plaintiffs continue to be unnamed putative class members to the extent they fall within the class definition of any class for which certification is sought in *In Re Anthem, Inc. Data Breach Litigation*, Case No. 5:15-md-02617-LHK.

Dated:  June 12, 2017                                             Respectfully submitted,

**Schubert Jonckheer & Kolbe LLP**
By: /s/ Noah M. Schubert
Noah M. Schubert (No. 278696 )

Robert C. Schubert (No. 62684)
Willem F. Jonckheer (No. 178748)
Noah M. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
nschubert@schubertlawfirm.com

Andy Katz (No. 264941)
**Law Offices of Andy Katz**
2150 Allston Way Ste
400 Berkeley, CA 94704
Ph: 510-985-9050
Fx: 510-900-6070
andykatzlaw@gmail.com

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal of Action Without Prejudice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Noah M. Schubert
Noah M. Schubert